446 A.2d 672

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal Denied Sept. 16, 1982.

 Submitted February 23, 1981. David R. Black, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.

SPAETH, J., concurred in the result.